36118. JONES *v.* BARTLETT.

DECIDED APRIL 11, 1956.

*MacDougald, Feagin & Williams,* for plaintiff in error.

*John I. Hynds, Lee C. Bobet,* contra.

QUILLIAN, J. The defendant insists that the note was without consideration because the alleged indebtedness had been satisfied by a prior judgment which was res adjudicata of the present action. The plaintiff testified that the present action was instituted for a note the consideration of which was a separate account from that for which a previous judgment was rendered against the defendant. Two accounts may exist between the same parties so as to give two separate and distinct causes of action. *Gowder* v. *Reeves,* 61 *Ga. App.* 715 (7 S. E. 2d 337). There was sufficient evidence to support the verdict, and the trial judge did not err in denying the motion for a new trial.

*Judgment affirmed. Felton, C. J., and Nichols, J., concur.*